No. 419. R. SIMPSON & Co., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. November 9, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Gerald Donovan* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *J. Louis Monarch* for respondent.

No. 425. MANION *v.* MICHIGAN ET AL. November 9, 1942. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Mr. Eugene F. Black* for petitioner. *Mr. Herbert J. Rushton,* Attorney General of Michigan, for respondents.

No. 428. TATE, TRUSTEE IN BANKRUPTCY, ET AL. *v.* HOOVER. November 9, 1942. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Mr. Thomas M. Lewis* for petitioners. *Mr. W. L. Pace* for respondent.

No. 431. H. T. POINDEXTER & SONS MERCHANDISE Co. *v.* UNITED STATES. November 9, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Meredith M. Daubin* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *J. Louis Monarch* for the United States.

No. 432. PERSEN, ANCILLARY ADMINISTRATOR, *v.* NATIONAL CITY Co. November 9, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sec-